NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OBIDI ANAMDI,<br><br>                Plaintiff,<br><br>v.<br><br>KEAN UNIVERSITY, *et al.*,<br><br>                Defendants. | Civil Action No.: 15-2887 (JLL)<br><br>**ORDER ADOPTING JULY 29, 2015 REPORT AND RECOMMENDATION** |

This matter comes before the Court by way of Defendants' objections to Magistrate Judge Dickson's Report and Recommendation and Order dated July 29, 2015. For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 31st day of August, 2015,

**ORDERED** that objection to the Report and Recommendation is overruled; and it is further

**ORDERED** that the Report and Recommendation (ECF No. 8) is hereby adopted in full; and it is further

**ORDERED** that Plaintiff's Motion for Remand (ECF No. 2) is **GRANTED**.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge